| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WRIGHT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>GREENLIGHT FINANCIAL TECHNOLOGY, INC.<br><br>　　　　　　　Defendant. | CASE No: 3:22-cv-02025-AGS-NLS<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joan Wright ("Plaintiff") voluntarily dismisses this action against Greenlight Financial Technology, Inc. ("Defendant") without prejudice.

Respectfully submitted,

Date: April 27, 2023        LAW OFFICE OF DANIEL G. SHAY

By:   s/ Daniel G. Shay
      Daniel G. Shay, Esq.
      DanielShay@TCPAFDCPA.com
      Attorney for Plaintiffs

Notice of Voluntary Dismissal