UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joan WRIGHT, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GREENLIGHT FINANCIAL TECHNOLOGY, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22-cv-2025-AGS-NLS<br><br>**ORDER TO DISMISS ALL CLAIMS (ECF 17) AND CLOSE CASE** |

　　　In light of plaintiff's notice of voluntary dismissal (ECF 17), all claims in this action are **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). All pending motions are denied as moot. The Clerk is directed to close this case.

Dated:  May 1, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　　United States District Judge